# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MICHAEL GRAVEL,<br><br>    Petitioner,<br><br>    v.<br><br>JACK FOX, Warden,<br><br>    Respondent. | Case No. CV 15-04073 PSG (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Petition is denied with respect to Ground One; (2) the Petition is dismissed as to Grounds Two and Three; and (3) Judgment shall be entered denying Ground One and dismissing Grounds Two and Three without prejudice for lack of jurisdiction.

DATED: 1/12/16

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE