# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MICHAEL GRAVEL, | **Case No. CV 15-04073 PSG (RAO)** |
| Petitioner, | |
| v. | **JUDGMENT** |
| JACK FOX, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that Ground One of the Petition is denied and Grounds Two and Three of the Petition are dismissed without prejudice for lack of jurisdiction.

DATED:  1/12/16

_____

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE